BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 17cr600

CRIMINAL CAUSE FOR PLEADING & Bail Application

DOCKET # 17cr600 ENV-1                              Defendant # 1

CASE: USA v. ROBERTO FINOCCHI

COUNSEL: **Matthew Ettinger**

AUSA: Mark Bini and Derek Ettinger

Pre-Trial Officer: Andrew Abbott

Interpreter: n/a

COURT REPORTER: Linda Marino

X       CASE CALLED FOR PLEADING

X       DEFENDANT SWORN

X       DEFENDANT WAIVES INDICTMENT

X       Defendants enters a plea of Guilty to Count 1 of the information

X       COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO Count 1 of the INFORMATION

X       BAIL GRANTED

X       **SENTENCE DATE: To be set after Probation report is complete.**

Time in Court: 60 Minutes